BEFORE: WILLIAM D. WALL                           DATE: 1/20/12

UNITED STATES MAGISTRATE JUDGE                    TIME: 10:00 AM

DOCKET NO.  CV 10-5437                            ASSIGNED JUDGE: SPATT

CASE NAME:  CRUZ V. HELLEN KELLER SERVICES FOR THE BLIND

                              CIVIL CONFERENCE

Initial _____   Status _____   Settlement  X   Pretrial _____   Other:_____

APPEARANCES:    Plaintiff     James Vagnini

                              Sara Kane

                Defendant     Tonianne Florentino

                              _____

**SCHEDULING:** The next conference will be held on ___ at ___.

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X   Other: The case is settled .The parties shall submit a stipulation of discontinuance to Judge Spatt.

                                                  SO ORDERED

                                                  /s/William D. Wall
                                                  WILLIAM D. WALL
                                                  United States Magistrate Judge